Peter J. LIZZIO, Petitioner,

v.

DEPARTMENT OF the ARMY,
Respondent.

No. 2009–3136.

United States Court of Appeals,
Federal Circuit.

May 13, 2009.

Lawrence A. Berger, Mahon & Berger, Glen Cove, NY, for Petitioner.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

KEETER TRADING COMPANY,
INC., Plaintiff–Appellee,

v.

UNITED STATES, Defendant–
Appellant.

No. 2009–5066.

United States Court of Appeals,
Federal Circuit.

May 13, 2009.

Christopher O'Hara Carter, Law Offices of C. O'Hara Carter, Yellville, AR, for Plaintiff–Appellee.

Douglas K. Mickle, Department of Justice, Washington, DC, for Defendant–Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).